UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GINA MICHELLE BISIGNANO,<br><br>　　　　Defendant. | Case No. 21-CR-36-CJN |

NOTICE OF WITHDRAWAL

Gina Michelle Bisignano, by and through her attorney, Deputy Federal Public Defender Craig Anthony Harbaugh, hereby informs the Court that Mr. Harbaugh is terminating his appearance as counsel of record in this matter. All other defense counsel noted on the docket at the time of this filing will remain counsel for defendant, Gina Michelle Bisignano.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　　Federal Public Defender

DATED: January 26, 2024　　　By　*/s/ Craig Anthony Harbaugh*
　　　　　　　　　　　　　　　　　Craig Anthony Harbaugh
　　　　　　　　　　　　　　　　　Deputy Federal Public Defender
　　　　　　　　　　　　　　　　　(CA Bar No. 194309)
　　　　　　　　　　　　　　　　　321 E. 2nd Street
　　　　　　　　　　　　　　　　　Los Angeles, CA 90012
　　　　　　　　　　　　　　　　　Telephone: (213) 894-4740
　　　　　　　　　　　　　　　　　(E-Mail: Craig_Harbaugh@fd.org)